| | | | |
|---|---|---|---|
| | AUSA: Rawsthorne | Telephone: | (810) 766-5177 |
| AO 91 (Rev. 11/11)  Criminal Complaint | Special Agent: Chambers, FBI | Telephone: | (810) 239-5775 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.

Matthew Wayne Martin,

Case: 4:25-mj-30739
Judge: Ivy, Curtis
Filed: 12-04-2025

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___August 2021 through November 2025___ in the county of ___Genesee___ in the ___Eastern___ District of ___Michigan___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2261A(2) | Interstate Stalking |

This criminal complaint is based on these facts:

There is probable cause that from at least August 2021 through November 2025 in the Eastern District of Michigan, Martin used electronic communication services to harass and intimidate Podcaster 1 and his associates to cause substantial emotional distress to them and their families, in violation of 18 U.S.C. § 2261A(2).

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jayson Chambers, Special Agent, FBI
_____
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date:  December 4, 2025

_____
*Judge's signature*

City and state:  Flint, MI

Hon. Curtis Ivy, Jr.  United States Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT

I, Jayson Chambers, being duly sworn, state the following is true and accurate to the best of my knowledge, information and belief.

1. I make this affidavit from personal knowledge based upon my participation in this investigation, with exception of the matters expressly stated, which are based upon information received from other law enforcement personnel and/or their reports and records. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or facts of which I have knowledge.

2. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since November 2010. I am currently assigned to the FBI's Detroit Division – Flint Resident Agency after serving five years with the FBI Boston Division's Joint Terrorism Task Force and another five years with the FBI Detroit Division's Joint Terrorism Task Force. I have served as a Special Agent for the FBI in the Flint Resident Agency for over five years.

### Summary

3. I am currently investigating Matthew Wayne Martin for federal offenses involving stalking and harassment. As discussed below, there is probable cause that Martin has committed violations of 18 U.S.C. § 2261A(2) in the Eastern District of Michigan.

4.      From at least 2021 to November 2025, Matthew Martin has engaged in an overt online and telephonic stalking campaign against podcaster 1 and his associates. As tradecraft, Martin uses a proliferation of online accounts and VOIP phone numbers to avoid detection and deterrence of his crimes. Specifically, since 2023 Martin has:

    a.  Repeatedly posted the residential addresses of Podcaster 1 and of some of his associates;

    b.  Made harassing phone calls, left harassing voicemail messages, and sent harassing text messages to Podcaster 1, his family, and his associates;

    c.  Maintained an online presence exposing the residential addresses of Podcaster 1 and his associates on X.com;

    d.  Routinely posted personally identifying information of Podcaster 1 and his associates in the comments section of Podcaster 1's live broadcasts.

5.      As discussed below, on November 19, 2025, the FBI executed a federal search warrant on Matthew Martin's residence in Flint, Michigan. On the same day Martin was interviewed by FBI Special Agents. During those interviews, Martin provided verbal and written confessions of his stalking and harassing behavior.

### *Probable Cause*

6.      Podcaster 1 explained that Martin's harassment intensified significantly in 2023, when Podcaster 1 officially announced his support for Donald Trump in the Republican Presidential Primaries.

7.      Podcaster 1 said that the online harassment has also targeted his wife and children. Martin has sent Podcaster 1's wife harassing and threatening messages. At one point, the Podcaster 1 received a 'glitter bomb' device mailed to their home. A glitter bomb is a package filled with glitter that explodes upon opening, designed to annoy or harass the recipient. Martin has used many Twitter accounts to harass and threaten Podcaster 1, his family, and his employees and their families.

8.      Another example of Martin's harassment is his use of iterative accounts of Podcaster 1's video streaming platform of choice, Rumble, to dox Podcaster 1 and his associates. When his Rumble account was banned, Martin generated a new account to continue the harassment. Martin frequently used variations of Podcaster 1's address as his Rumble account's username.

9.      During the execution of the federal search warrant at his residence, Martin was interviewed by FBI agents at the FBI office in Flint, MI. Martin admitted to using his X account and others to post harassing and intimidating messages regarding Podcaster 1 and Podcaster 1's associate, among others. Martin said his 'back and forth' with them had been going on for about four years.

10.     Martin admitted he had been harassing Podcaster 1 and his associates online for years. Martin listed ten individuals and online users associated with Podcaster 1 that he had stalked and harassed.

11.     Martin admitted to sending harassing phone calls, voicemails, and text messages to Podcaster 1, his associate, and others using VOIP phone numbers. Martin said that he used phone calls to Podcaster 1 "to ramp up pressure on him to get [Podcaster 1's associate] to leave me alone." Martin said, "I'd call, and then say stupid shit to him, and then hang up." Martin admitted to making those kinds of calls in November 2025. Martin explained that he used an app called 'Talkatone.'

12.     Martin admitted to 'doxing' Podcaster 1 by posting Podcaster 1's address to Twitter multiple times. He admitted to routinely creating Rumble accounts utilizing addresses to dox Podcaster 1 and associate in Podcaster 1 show's comment section. Martin said that he had to create a new email, then create a new user account in Rumble each time.  Martin said he used 'GMX email' to create the new email accounts.

13.     Martin admitted to sending similar messages using Telegram. He said "I'd just message them stupid crap. And then they would block me, and that would be it." Martin said he had to create new Telegram accounts with the same methods that he used to create Rumble accounts.

14. Martin admitted to creating and posting materials to make it appear that he was in Florida near Podcaster 1's residence. Martin explained that he altered images taken from Google Maps by manually placing a blue circular dot using a computer program. Martin said that he added the blue dot because it would make the reader think that he was near the Podcaster 1's residence.

15. When asked about his actions, Martin said, "I know I did say stupid shit to them, like 'I was right outside his house.' That was a lie. I was not in Florida that day. I was at home."

16. Martin continued his explanation, "I came up with an idea to make it look like I was outside his house just to fuck with him. I used Paint 3D." He further clarified, "I took the blue dot that shows where you are at and then I put it, like, on the street where his house was on the map, kind of like a photoshop, basically."

17. Martin said he took those steps "because they were pissing me off at the time." When asked what his messages were supposed to make the recipients feel, Martin answered, "I was doing it in order to freak them out."

18. When asked if he wanted them to be scared, Martin said, "Yeah, or more or less just pissed off at me." Martin was asked, "Is it fair to say you were trying to make them upset?" Martin replied, "Yes."

19. In a second FBI interview on November 19, 2025, Martin stated "I mailed a glitter bomb to (Podcaster 1)'s house in Stuart, Florida." He also admitted,

"I photo-shopped a map to make it look like I was near (Podcaster 1)'s residence in Florida. I texted this photo-shopped map to (Podcaster 1)'s cell phone. I did this to piss (Podcaster 1) off." Martin also confessed, "I have previously photo-shopped a photograph… to place an image of the face of (Podcaster 1)'s 18-year-old daughter on another photo. The photo I used depicts five black guys in white boxers and white wife-beaters standing around one female… I photo-shopped (Podcaster 1)'s daughter's face on the face of the female in the photograph… I also wrote 'she is going to have a lot of trains to pull.' I sent this photo to (Podcaster 1) from a burner account on Twitter."

20.   During the search of his residence on November 19, 2025, the FBI collected Matthew Martin's phone. On November 24, 2025, the FBI conducted an initial review of Martin's phone. The FBI identified numerous screenshots corroborating Martin's statements and indicating that Martin had engaged in the ongoing harassment and attempted intimidation of Podcaster 1 and his associates.

## *Conclusion*

21.     Based on the facts set forth above, there is probable cause that from at least August 2021 through November 2025 in the Eastern District of Michigan, Martin used electronic communication services to harass and intimidate Podcaster 1, his family, and his associates to cause substantial emotional distress to them and their families, in violation of 18 U.S.C. § 2261A(2).

Jayson Chambers
Special Agent
Federal Bureau of Investigation


Subscribed and sworn to before me this 4th day of December 2025.


_____
Hon.
United States Magistrate Judge
Eastern District of Michigan